# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ANNIVERSARY MINING CLAIMS L.L.C.,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>　　　　　　Defendants. | Case No. 2:19-cv-00458-JCM-CWH<br><br>**ORDER** |

Presently before the court is defendants Bureau of Land Management, Federal Highway Administration, Lake Mead National Recreation Area, National Park Service, Nevada State office for the Bureau of Land Management, Southern Nevada District Office for the Bureau of Land Management, United States Department of the Interior, and United States of America's motion to extend time (ECF No. 17), filed on June 7, 2019. Plaintiff has not filed a response.

Defendants request an extension of 30 days to respond to the complaint. Under Local Rule 7-2(b), "the deadline to file and serve any points and authorities in response to the motion is 14 days after service of the motion. The deadline to file and serve any reply in support of the motion is seven days after service of the response." Further, Local Rule 7-2(d) provides that the "failure of an opposing party to file points and authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney's fees, constitutes a consent to granting of the motion." Given that plaintiff has not filed a response to the motion, the court grants the motion as unopposed. Defendants deadline to file a response to plaintiff's complaint is July 11, 2019.

//

//

//

IT IS THEREFORE ORDERED that defendants' motion to extend time (ECF No. 17) is GRANTED. Defendants deadline to file a response to plaintiff's complaint is July 11, 2019.

DATED: July 3, 2019

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE