**MATTHEW Q. CALLISTER, ESQ.**
Nevada Bar No. 1396
**MITCHELL S. BISSON, ESQ.**
Nevada Bar No. 011920
**CALLISTER LAW GROUP**
330 E. Charleston Blvd., Suite 100
Las Vegas, NV 89104
Tel No.: (702) 333-3334
Fax No.: (702) 385-2899
Email: mqc@callcallister.com
mbisson@callcallister.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ANNIVERSARY MINING CLAIMS, LLC, a Nevada limited liability company;<br><br>Plaintiff,<br><br>v.<br><br>CLARK COUNTY, a political subdivision of the State of Nevada; DOES I through X, inclusive; ROE CORPORATIONS I through X, inclusive;<br><br>Defendants. | Case No.: 2:19-CV-00458-JCM-CWH |

**STIPULATION TO EXTEND DEADLINE TO FILE OPPOSITION TO DEFENDANT CLARK COUNTY'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO FRCP 12(b)(1) AND 12(b)(6), OR AN ALTERNATIVE MOTION TO STRIKE PLAINTIFF'S DEMANDS IN PRAYER FOR RELIEF FRCP 12(f)**

**(FIRST REQUEST)**

Plaintiff, Anniversary Mining Claims, LLC (hereinafter "Anniversary Mining"), by and through its counsel of record, Matthew Q. Callister, Esq. and Mitchell S. Bisson, Esq. with the Callister Law Group, and Defendant, Clark County, by and through its counsel of record, Agnes Hanley, Esq. and Chris Hanley, Esq. with the Hanley Law Firm, hereby submits this Stipulation to Extend Deadline to File Opposition to Defendant Clark County's Motion to Dismiss Plaintiff's Complaint Pursuant to FRCP 12(b)(1) and 12(b)(6), or an Alternative Motion to Strike Plaintiff's Demands in Prayer for Relief FRCP 12(f) (hereinafter "Motion to Dismiss") which was filed on June 25, 2019. The parties have agreed to enter into this Stipulation as

CALLISTER LAW GROUP
330 E. Charleston Blvd., Suite 100
Las Vegas, Nevada 89104
TEL: (702) 333-3334 FAX: (702) 385-2899

Plaintiff's counsel was out of town the entire week of July 1, 2019 and given the complexity of the issues alleged in Plaintiff's Complaint, was unable to complete the Opposition by the date set forth by this Court.

Therefore,

**IT IS HEREBY STIPULATED** that Plaintiff, Anniversary Mining Claims, LLC, shall have until July 17, 2019 to file its Opposition to Defendant's Motion to Dismiss, Docket No. 19.

**IT IS FURTHER STIPULATED** that Defendant, Clark County, shall serve its Reply in Support of its Motion to Dismiss within seven (7) days of the filing of Plaintiff's Opposition unless otherwise ordered by the Court.

**IT IS SO STIPULATED.**

Dated this 9th day of July 2019.

**CALLISTER LAW GROUP**

/s/ *Mitchell S. Bisson*
Matthew Q. Callister, Esq.
Nevada Bar No. 1396
Mitchell S. Bisson, Esq.
Nevada Bar No. 011920
330 E. Charleston Blvd., Suite 100
Las Vegas, NV 89104
*Attorneys for Plaintiff*

Dated this 9th day of July 2019.

**HANLEY LAW FIRM**

/s/ *Agnes N. Hanley*
Agnes N.p Hanley, Esq.
Nevada Bar No. 11226
Chris M. Hanley, Esq.
Nevada Bar No. 11391
2300 West Sahara Avenue, Suite 800
Las Vegas, Nevada 89102
*Attorneys for Defendant*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED ___July 11, 2019_____