UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ANNIVERSARY MINING CLAIMS, LLC, | Case No. 2:19-CV-458 JCM (CWH) |
| Plaintiff(s), | ORDER |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant(s). | |

Presently before the court is defendants Bureau of Land Management, Federal Highway Administration, Lake Mead National Recreation Area, National Park Service, Nevada State Officer for the Bureau of Land Management, Southern Nevada District Office for the Bureau of Land Management, United States Department of the Interior, and the United States of America's (collectively "federal defendants") unopposed motion to extend time to file a reply in support of their motion to dismiss (ECF No. 25). (ECF No. 31).

Federal defendants' reply is due August 1, 2019. Federal defendants represent that they will not be able to meet this deadline because their staffs have been out of the office due to personal reasons and the various agencies need additional time to coordinate finalizing their brief. (ECF No. 31). Federal defendants further represent that plaintiff Anniversary Mining Claims, LLC and defendant Clark County have consented to a one-week extension to the filing deadline. *Id*. Good cause appearing, the court will grant federal defendants' motion.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that federal defendants' motion to extend time (ECF No. 31) be, and the same hereby is, GRANTED.

**James C. Mahan**
**U.S. District Judge**

IT IS FURTHER ORDERED that federal defendants shall have up to and including August 8, 2019, to file a reply in support of their motion to dismiss.

DATED July 30, 2019.

_____
UNITED STATES DISTRICT JUDGE