CHRISTOPHER CHIOU
Acting United States Attorney for the District of Nevada
TROY K. FLAKE
Chief, Affirmative Litigation Section
501 Las Vegas Blvd. S., Suite 1100
Las Vegas, NV 89101

TODD KIM
Assistant Attorney General
SEAN C. DUFFY
Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
150 M Street NE
Washington, DC 20002
*ph:* (202) 305-0445
sean.c.duffy@usdoj.gov

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| ANNIVERSARY MINING CLAIMS, L.L.C.,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>Defendants. | Case No. 2:19-cv-458-JCM-DJA<br><br>**DEFENDANTS' UNOPPOSED MOTION TO EXTEND DEADLINE TO RESPOND TO AMENDED COMPLAINT (ECF No. 53)** |

Defendants respectfully move for an extension of time to file a response to Plaintiff's Amended Complaint (ECF No. 53). Specifically, Defendants respectfully request that the deadline for filing a response to the Amended Complaint be extended by one month, from September 8, 2021 to October 8, 2021. The parties have conferred, and Plaintiff does not oppose this request. This request is made for good cause as follows:

1. On June 2, 2021, the Court of Appeals for the Ninth Circuit issued a memorandum affirming in part and dismissing in part this Court's decision dismissing Plaintiff's complaint with prejudice and denying its motion for reconsideration. Memorandum of USCA, ECF No. 49.

2. The Ninth Circuit affirmed the dismissal of Plaintiff's complaint, *id.* at 3-4, but remanded the case to this Court to allow Plaintiff to assert a single cause of action under the Quiet Title Act ("QTA") alleging an easement by necessity arising out of the 1952 condemnation or for easements arising out of other severances. *Id.* at 5.

3. Plaintiff filed an amended complaint on August 25, 2021 asserting a single cause of action arising under the QTA. Amended Complaint, ECF NO. 53. The Amended Complaint raises new allegations pertaining to the 1952 condemnation. *See id.* at ¶¶ 31-33.

4. Defendants' response to the Amended Complaint is due September 8, 2021. Fed. R. Civ. P. 15(a)(3).

5. Undersigned counsel has consulted with the Defendant agencies, which indicate that they will need a few additional weeks to look into the new allegations so that Defendants can prepare their defense.

6. Defendants therefore request an extension of one month, *i.e.* until October 8, 2021, to file a response to the complaint.

7. Plaintiffs do not oppose this request to extend Defendants' deadline to October 8, 2021 to file a response to the Amended Complaint.

8. This request is brought for good cause and not to delay the proceedings in this case.

For all of the foregoing reasons, Defendants respectfully request that the Court grant this motion and extend, until October 8, 2021, Defendants' deadline to file their response to the Amended Complaint.

Dated: September 1, 2021                    TODD KIM
                                            Assistant Attorney General

*/s/ Sean C. Duffy*
SEAN C. DUFFY
Trial Attorney
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
150 M Street NE
Washington, DC 20002
Tel: (202) 305-0445
sean.c.duffy@usdoj.gov

*Attorneys for Federal Defendants*

## **ORDER**

The Court finds good cause to grant the unopposed motion.  IT IS HEREBY ORDERED that Defendants shall have until October 8, 2021 within which to file their response to the amended complaint.

DATED: September 2, 2021

_____
Daniel J. Albregts
United States Magistrate Judge

3